**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANG LEE,

    Petitioner,

  v.

ANTHONY LAMARQUE,

    Respondent.
_____/

No. C 02-04013 MJJ

**ORDER GRANTING CONDITIONAL WRIT OF HABEAS CORPUS**

     Sang Lee ("Petitioner"), a prisoner at Salinas Valley State Prison in Monterey County, California, filed a petition for writ of habeas corpus ("petition") under 28 U.S.C. § 2254. The Court denied the writ of habeas corpus on August 4, 2004. Petitioner appealed.

     On June 27, 2005, the Ninth Circuit affirmed in part and remanded in part. The court agreed with Petitioner that California Jury Instructions (CALJIC) No. 2.50.01 and No. 2.50.1, as given in his case, violated his due process by impermissibly lessening the prosecution's burden of proof. In their decision, the court relied on *Gibson v. Ortiz*, 387 F.3d 812, 820 (9th Cir. 2004), which proffered the principle that CALJIC No. 2.50.01, when given in tandem with CALJIC No. 2.50.1, violate a petitioner's due process rights. Based on *Gibson*, the Ninth Circuit expressly directed the Court to grant a conditional writ of habeas corpus, instructing the State of California that it may either retry Petitioner within an appropriate period to be determined by the district court, or release him from
 custody.

In accordance with the Ninth Circuit's mandate, the Court **GRANTS** a conditional writ of habeas corpus, which shall become unconditional if the State of California fails to commence trial proceedings against Petitioner within sixty (60) days, subject to the exclusions from such period allowed by 18 U.S.C. § 3161(h).

**IT IS SO ORDERED.**

Dated: July__14__, 2005

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE